UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**ORIGINAL**

UNITED STATES OF AMERICA

V.

**GRANT NORWOOD**

CRIMINAL COMPLAINT
CASE NUMBER: 4:12MJ304

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG - 1 2012
DAVID J. MALAND, CLERK
DEPUTY_____

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about January 2011, up until the present, in the Eastern District of Texas and elsewhere, defendant **Grant Norwood** did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the affiant, to possess with the intent to distribute 21.4 grams of Methylenedioxymethcathinone Hydrochloride, 28.0 grams of Methylenedioxymethcathinone Hydrochloride and 12..7 grams of Cocaine Hydrochloride, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(a)(1). Defendant was also in possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

# SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

S/A Jennifer McCarthy ATF
Complainant

Sworn to before me, and subscribed in my presence

August 1, 2012                                     Plano, Texas
_____ at  _____
Date                                                City and State

DON D. BUSH
U. S. MAGISTRATE JUDGE
_____     _____
Name and Title of Judicial Officer                  Signature of Judicial Officer