**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG - 9 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR182 |
| | § | Judge Crone |
| GRANT WESLEY NORWOOD (1) | § | |
| MYLES HUNTER DOUGLAS (2) | § | |
| ADAM EDWARDS (3) | § | |
| CHAD BEAU EMERSON (4) | § | |
| GEORGE ANTHONY KNOTTS (5) | § | |
| AUSTIN RAYMOND OTTO (6) | § | |
| DONALD EUGENE PARENZAN (7) | § | |
| DEREK TUCKER (8) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute
3,4-methylenedioxy-N-methylcathinone)

That from sometime in or about January 2012, and continuously thereafter up to and including August 9, 2012, in the Eastern District of Texas and elsewhere,

Grant Wesley Norwood
Myles Hunter Douglas
Adam Edwards
Chad Beau Emerson
George Anthony Knotts
Austin Raymond Otto
Donald Eugene Parenzan
Derek Tucker

INDICTMENT/NOTICE OF PENALTY - Page 1

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of 3,4-methylenedioxy-N-methylcathinone, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

In or about December 2011 through March 2012, within the Eastern District of Texas, **Chad Beau Emerson**, defendant, did knowingly possess a firearm, namely, a Sig Sauer, Model 220, .45 caliber pistol, serial number 37A011490, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute 3,4-methylenedioxy-N-methylcathinine, as alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

In violation of 18 U.S.C. § 924(c).

### Count Three

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about May 2012 through July 2012, within the Eastern District of Texas,

**Grant Wesley Norwood**, defendant, did knowingly possess firearms, namely, a Remington, 12 gauge shotgun, serial number RS74047E, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: the conspiracy to possess with intent to distribute 3,4-methylenedioxy-N-methylcathinone, as alleged in Count One of this Indictment, a violation of 21 U.S.C. § 846.

In violation of 18 U.S.C. § 924(c).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

Remington, 12 gauge shotgun, serial number RS74047E;

Weatherby, Model Vanguard, .300 caliber rifle, serial number VS305661;

Marlin, Model 336, 30-30 caliber lever action rifle, serial number 24033414;

Sig Sauer, Model 220, .45 caliber pistol, serial number 37A011490;

Romar/Cugir, Model WASR-10, 7.62 caliber file, serial number 1-97998-RO;

Romar/Cugir, Model WASR10/63, 7.62 caliber file, serial number AH6553 1989;

$22,731.00 in U.S. currency;

$22,866.00 in U.S. currency; and

$22,691.63 in U.S. currency.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
TRACEY M. BATSON
Assistant United States Attorney

Date  8/9/12

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR_____ |
| | § | Judge _____ |
| GRANT WESLEY NORWOOD (1) | § | |
| MYLES HUNTER DOUGLAS (2) | § | |
| ADAM EDWARDS (3) | § | |
| CHAD BEAU EMERSON (4) | § | |
| GEORGE ANTHONY KNOTTS (5) | § | |
| AUSTIN RAYMOND OTTO (6) | § | |
| DONALD EUGENE PARENZAN (7) | § | |
| DEREK TUCKER (8) | § | |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:   Imprisonment for not more than twenty years, a fine not to exceed $5,000,000, or both, and a term of supervised release of at least three years.

Special Assessment:   $100.00

### Counts Two and Three

Violation:   18 U.S.C. § 924(c)

Penalty:   Imprisonment for not less than 5 years and not more than life; a fine not to exceed $250,000, or both. A term of supervised release of not more than 5 years.

Special Assessment: $100.00

INDICTMENT/NOTICE OF PENALTY - Page 5