IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR182 |
| | § | Judge Crone |
| GRANT WESLEY NORWOOD (1) | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court the defendant, **Grant Wesley Norwood**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully Submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

  /s/
TRACEY M. BATSON
Texas Bar No. 00784119
Assistant United States Attorney
101 E. Park Blvd., Ste 500
Plano, TX 75074
(972) 509-1201
(972) 509-1209 (fax)
Tracey.Batson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic filing by CM/ECF on this 26th day of November, 2012.

  /s/
Tracey M. Batson

Notice of Plea Agreement - Page 1