IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12CR182 |
| | § | Judge Crone |
| GRANT WESLEY NORWOOD (1) | § | |

## FINAL ORDER OF FORFEITURE

This court entered a Preliminary Order of Forfeiture regarding this defendant on December 4, 2012, pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. 924(d).

The government published at www.forfeiture.gov for thirty consecutive days, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. No claims have been filed.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.    That the right, title and interest to all of the hereinafter described property, of this defendant is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law.

2.    That the following property belonging to the defendant who is the subject of this Order is hereby condemned and forfeited to the government in accordance with 18 U.S.C. § 924(d): Any and all firearms, ammunition, and accessories seized from the defendant, including but not limited to the following:

    a.    Remington, 12 gauge shotgun, serial number RS74047E;

b. Weatherby, Model Vanguard, .300 caliber rifle, serial number VS305661;

c. Marlin, Model 336, 30-30 caliber lever action rifle, serial number 24033414;

d. Romar/Cugir, Model WASR10/63, 7.62 caliber file, serial number AH6553;

e. $22,866.00 in U.S. currency;

f. $22,691.63 in U.S. currency; and

g. 5 rounds of Remington ammunition.

3. That any and all funds derived from the sale of property noted above shall be deposited forthwith by the Department of Justice in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SIGNED at Beaumont, Texas, this 18th day of November, 2013.

                                          *signature*
                                  MARCIA A. CRONE
                                UNITED STATES DISTRICT JUDGE