IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 15 2013

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs | § § | No. 4:12 cr 182 |
| GRANT WESLEY NORWOOD (1) | § | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, Grant Wesley Norwood, the above named defendant, who is charged in an indictment with violation of 21 USC Section 846 and 841(b)(1)(C), Conspiracy to Possess with the Intent to Distribute 3, 4-Methylenedioxy-N-Methylcathinone, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to FED. R. CRIM. P. 43 and 11 and consent to proceed by video conference in the sentencing hearing.

Executed this the 15th day of November, 2013.

_____
Defendant

_____
Attorney for Defendant

_____
Marcia A. Crone
United States District Judge